**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JORGE RAUL DIAZ MARTINEZ,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondents.

Case No. 2:26-cv-03004-RFB-DJA

**ORDER**

This action began with a *pro se* petition for federal habeas corpus under 28 U.S.C. § 2241 by immigration detainee Jorge Raul Diaz Martinez, who paid the full $5 filing fee. ECF Nos. 1, 1-2. On September 21, 2026, this Court entered its Standard Procedures for *Pro Se* Immigration Habeas Petitions, in which it deferred consideration of Petitioner's filing fee and directed Petitioner to either pay the full $5 filing fee or apply for *in forma pauperis* status within 10 days. ECF No. 3. Thereafter, Petitioner filed an application to proceed *in forma pauperis* and again paid the $5 filing fee. ECF Nos. 8, 9. The Court will disregard the application to proceed *in forma pauperis*, which has been mooted by payment of the filing fee, and it will refund the duplicate payment.

Accordingly, **IT IS HEREBY ORDERED** that that the Clerk of the Court will issue a refund to the Payor for check #0335 in the amount of $5 for the duplicate filing-fee payment identified at ECF No. 9.

**DATED**: October 9, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**